FILED

05/22/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0574

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0574

_____

IN RE THE PARENTING OF
L.M.A.R. AND N.R.R.

JESSE B. REHBEIN,

     Petitioner and Appellant,

  and

DANIELLE C. BUCK,

     Respondent and Appellant,

ANNETTE REHBEIN and DOUG REHBEIN,

     Intervenors, Third-Party Parents,
     and Appellees.

O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Amy Eddy, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 22 2024